```
                FILED
        CLERK, U.S. DISTRICT COURT

              APR 30 2008

        CENTRAL DISTRICT OF CALIFORNIA
        BY                     DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>Gary Allen Banks<br><br>    Defendant. | CR 07-00100 JFW<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of ~~Probation~~/ Supervised Release Condition) Conditions of Release) |

On arrest warrant issued by the United States District Court for the Central District of California Involving alleged violations of conditions of ~~probation~~/supervised release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

constitute history he can abide by orders of court.

_____

_____

IT IS ORDERED that defendant be detained, without prejudice

DATED: 4/30/08

_____
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE